IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOSE LUCENA,<br><br>       Plaintiff,<br><br>v.<br><br>BIRD RIDES, INC.,<br><br>       Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No. _____<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Bird Rides, Inc. ("Bird") hereby removes this action from the Thirteenth Judicial Circuit of Florida, Hillsborough County, to the United States District Court for the Middle District of Florida.

## STATE COURT LAWSUIT

1. This case involves a Florida citizen and resident, Plaintiff Jose Lucena, who allegedly was injured when he fell off a Bird scooter. On July 28, 2020, Plaintiff filed suit against Bird in the Thirteenth Judicial Circuit of Florida, Hillsborough County, Case No. 20-CA-5981, claiming that his injuries were caused by Bird's alleged negligence.

2. Bird now removes this case to this Court based on diversity jurisdiction.

## GROUNDS FOR REMOVAL

3. This action is removable pursuant to 28 U.S.C. § 1441. As set forth herein, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because this action is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. <u>Minimal Diversity Requirement</u>.  As alleged in the accompanying State Complaint, this action is between citizens of different states.  Plaintiff is a citizen and resident of Florida.  (State Compl., ¶ 2.)  Bird is a citizen of a foreign state.  (*Id.*, ¶ 3.)  Specifically, Bird is a Delaware corporation with its principal place of business located at 406 Broadway #369, Santa Monica, California 90401.  Consequently, complete diversity exists because Plaintiff is a citizen of Florida, and Bird is a citizen of Delaware and California.

5. <u>Amount in Controversy Requirement</u>.  The amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs.  Plaintiff alleges that he "sustained severe personal injury" and "pain and suffering" as the result of Bird's alleged negligence, including "disability; disfigurement; mental anguish; loss of capacity for the enjoyment of life; the hospitalization; medical and nursing care and treatment; loss of earnings; loss of ability to earn money; and aggravation of a previously existing condition."  (State Compl., ¶¶ 10, 14.)  Plaintiff alleges that his injuries are "permanent or continuing in nature." (*Id.*, ¶ 14.)  Plaintiff has estimated the amount of his claim to be $800,000, as identified on the accompanying State Court Civil Cover Sheet filed in connection with the State Complaint.  (State Court Civil Cover Sheet, ¶ II.)

## PROCEDURAL REQUIREMENTS

6. <u>Timeliness of Removal</u>.  This Notice of Removal is timely because it is being filed within 30 days of Bird receiving, through service or otherwise, a copy of the State Complaint.  28 U.S.C. § 1446(b)(1).  Bird was served through its registered agent, National Registered Agents, Inc., by process server on August 14, 2020.

QB\168205.00031\64462338.2

7. <u>Removal to Proper Court</u>.  This Court is the appropriate court to which this action must be removed because it is part of the district and division within which this action is pending, namely, Hillsborough County, Florida.  28 U.S.C. §§ 1441(a), 1446(a).

8. <u>Filing and Service</u>.  As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be contemporaneously filed in the Hillsborough County Circuit Court and served on all counsel of record.

9. <u>Pleadings and Process</u>.  Bird has not been served with any process, pleadings, or orders in this action other than the Summons, State Complaint, Civil Cover Sheet, Notice of Compliance/Designation of E-Mail Addresses and Request for Division Assignment.  *See* 28 U.S.C. § 1446(a).

10. Bird reserves all of its rights and defenses, including without limitation those rights and defenses under Fed. R. Civ. P. 12 and will timely respond to the Complaint in accordance with Fed. R. Civ. P. 81.

Respectfully submitted this 3rd day of September, 2020.

>QUARLES & BRADY LLP
>
>*/s/ Jordan D. Maglich*
>Jordan D. Maglich
>Florida Bar # 86106
>jordan.maglich@quarles.com
>101 East Kennedy Boulevard, Suite 3400
>Tampa, Florida 33602
>Tel.: 813-384-6713
>Fax: 813-387-1800
>
>***Attorneys for Defendant Bird Rides, Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2020, I caused a copy of the foregoing Notice of Removal to be sent by e-mail and U.S. Mail to the following counsel of record:

LAW OFFICE OF SABAN & SOLOMON
Robert C. Solomon
solomon@sslegalfirm.com
candace@sslegalfirm.com
bedoya@sslegalfirm.com
quinn@sslegalfirm.com
hyarmolik@sslegalfirm.com
150 North University Drive, Suite 200
Plantation, Florida 33324
Telephone: 954-577-2878
Facsimile: 954-577-2215

*Attorneys for Plaintiff Jose Lucena*

                                            */s/ Jordan D. Maglich*
                                            Jordan D. Maglich