# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSE LUCENA,

    Plaintiff,

v.                                          Case No: 8:20-cv-2075-T-30AAS

BIRD RIDES, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to Compel Arbitration and Dismiss or, in the Alternative, Motion to Dismiss (Dkt. 5). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion to Compel Arbitration and Dismiss or, in the Alternative, Motion to Dismiss (Dkt. 5) is GRANTED to the extent that this action is hereby compelled to arbitration and will be stayed pending resolution of the arbitrable claims.

2. The Clerk is directed to administratively close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of September, 2020.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record